IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-01267-JD |
| ) | |
| WALMART, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Judge Amanda Maxfield Green's Report and Recommendation [Doc. No. 4] recommending that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] be granted in part and denied in part. The Report and Recommendation recommends that Plaintiff make an initial payment of $102.00 toward the filing fee (by a date determined by the undersigned Judge), and $100.00 per month toward the filing fee on or before the first day of each month until the entire $402.00 filing fee has been paid. [Doc. No. 4 at 4]. Plaintiff filed a response to the Report and Recommendation stating that "Plaintiff has no objection to the Report and Recommendation" and stating that she is willing to make the payments as recommended. [Doc. No. 6]

The Court **ADOPTS** the Report and Recommendation [Doc. No. 4] in its entirety for the reasons stated therein. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff is **ORDERED** to make a $102.00 payment to the Clerk of Court by **February**

**15, 2021**, and thereafter shall pay $100.00 on or before the **first day of each month** (March 1, 2021, April 1, 2021, and May 1, 2021) until the full $402.00 in fees is paid in full. The Clerk of Court shall not issue process until at least $102.00 has been paid toward the filing fees in this matter.

Plaintiff is warned that failure to comply with this Order or the required payment schedule may result in this case being dismissed without prejudice, which in certain circumstances may operate as a with prejudice dismissal as to certain claims or defendants.

**IT IS SO ORDERED** this 20th day of January 2021.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE